**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION )<br>and )<br>L-3 APPLIED TECHNOLOGIES, INC. )<br>     Plaintiffs, )<br>v. )<br>SERCO, INC. )<br>     Defendant. ) | Case No. 1:14cv619 (GBL/DFA) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and this Court's Rule 7.1A, Plaintiffs L-3 Communications Corporation and L-3 Applied Technologies, Inc. states as follows: Plaintiff L-3 Applied Technologies, Inc. is a wholly-owned subsidiary of L-3 Communications Corporation, which, in turn, is owned by L-3 Communications Holdings, Inc., which is a publicly traded company (NYSE: LLL).

Respectfully submitted,

/s/ Benjamin G. Chew_____

| | |
|---|---|
| Steven L. Levitt (admitted *pro hac vice*)<br>Karen Lisa Solomon Weiss (admitted *pro hac vice*)<br>James E. Brandt (admitted *pro hac vice*)<br>STEVEN L. LEVITT<br>129 Front Street<br>Mineola, New York 11501<br>Telephone: (516) 248-9700<br>Facsimile: (516) 741-9224<br>E-mail: slevitt@sllpc.com<br>       kweiss@sllpc.com<br>       jbrandt@sllpc.com | Benjamin G. Chew (VSB # 29113)<br>Nigel L. Wilkinson (VSB # 46500)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2300 N Street, N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 663-8041<br>Facsimile: (202) 663-8007<br>E-mail: benjamin.chew@pillsburylaw.com<br>Nigel.wilkinson@pillsburylaw.com<br>*Counsel for Plaintiffs*<br>*L-3 Communications Corporation*<br>*and L-3 Applied Technologies, Inc.* |

Dated: July 1, 2014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July 2014, a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

    John A. C. Keith
    Laurie L. Proctor
    BLANKINGSHIP & KEITH, P.C.
    4020 University Drive, Suite 300
    Fairfax, VA 22030
    (703) 691-1235 (telephone)
    (703) 691-3913 (facsimile)
    jkeith@bklawva.com
    lproctor@bklawva.com

I further certify that a true and correct copy of the foregoing has been served on the following counsel by overnight mail at the following address:

    Kevin D. Evans
    Jonathan J. Frankel
    Jay Palansky
    Deborah A. Raviv
    STEESE, EVANS & Frankel, P.C.
    Army Navy Club Building
    1627 I Street, NW
    Suite 850
    Washington, D.C. 20006

    /s/ Benjamin G. Chew
    Benjamin G. Chew (VSB #29113)
    PILLSBURY, WINTHROP, SHAW, PITTMAN LLP
    2300 N Street, NW
    Washington, DC 20037
    Telephone: (202) 663-8047
    Facsimile: (202) 663-8007
    Email: benjamin.chew@pillsburylaw.com